NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

———————————

2023-2410

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00404.

———————————

**JUDGMENT**

———————————

WAYNE MICHAEL HELGE, Bunsow De Mory  LLP, Alexandria, VA, argued for appellant.  Also represented by JAMES THOMAS WILSON.

LAURA VU, Haynes and Boone, LLP, San Francisco, CA, argued for appellee.  Also represented by DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS, Dallas, TX; ANGELA M. OLIVER, Washington, DC; MICHELLE ASPEN, ROSHAN MANSINGHANI, JORDAN MICHAEL ROSSEN, Unified Patents, LLC, Chevy Chase, MD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2025
Date

Jarrett B. Perlow
Clerk of Court